# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CURTIS HARPER,**<br><br>Plaintiff**,**<br><br>vs.<br><br>**COUNTY OF MONTEREY, ET AL.,**<br><br>Defendants**.** | CASE NO. 18-cv-03695-YGR<br><br>**ORDER STAYING CASE; SETTING COMPLIANCE HEARING** |

The Court has reviewed the pleadings and pending motions to dismiss plaintiff's complaint (Dkt. Nos. 32, 33) in the above-captioned case and **ORDERS** as follows:

- Plaintiff's sixth claim for relief for violation of the Bane Act, Cal. Civ. Code § 52.1, is deemed **WITHDRAWN** by plaintiff. (*See* Dkt. No. 39 at 6; Dkt. No. 40 at 8.)
- The case is **STAYED** pending resolution of the criminal proceedings against plaintiff. *See Wallace v. Kato*, 549 U.S. 384, 393–94 (2007):

  > If a plaintiff files a false-arrest claim before he has been convicted (or files any other claim related to rulings that will likely be made in a pending or anticipated criminal trial), it is within the power of the district court, and in accord with common practice, to stay the civil action until the criminal case . . . is ended. . . . If the plaintiff is ultimately convicted, and if the stayed civil suit would impugn that conviction, *Heck* [*v. Humphrey*, 512 U.S. 477 (1994)] will require dismissal; otherwise the civil action will proceed, absent some other bar to suit.

  (internal citation omitted). Once the criminal proceedings are completed, the Court will afford plaintiff an opportunity to amend his complaint and defendants an opportunity to respond thereto.
- Accordingly, the pending motions to dismiss, and any corresponding requests for judicial notice, are deemed **WITHDRAWN** without prejudice to refiling.

- All currently set dates in this matter are **VACATED**, including the hearing on the motions to dismiss set for August 28, 2018.
- A compliance hearing is **SET** for **Friday, March 1, 2019**, on the Court's **9:01 a.m.** calendar, in the Federal Building, 1301 Clay Street, Oakland, California in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a **JOINT STATEMENT**, not to exceed five (5) pages, informing the Court of the status of the criminal case against plaintiff. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED.**

Dated: August 20, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**