# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CURTIS HARPER,**<br>    Plaintiff,<br>  vs.<br>**COUNTY OF MONTEREY, ET AL.,**<br>    Defendants. | CASE NO. 18-cv-03695-YGR<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Curtis Harper is hereby **ORDERED TO SHOW CAUSE** why the third and sixth causes of action in the first amended complaint (Dkt. No 64, ¶¶ 61-78, 117-130), as brought against defendants County of Monterey and Sheriff Deputies Christopher St. Clair, Gerald Arreola, and Reanna Lilga, should not be dismissed for failure to prosecute in light of plaintiff's failure to file either an opposition to defendants' motion to dismiss or a notice that plaintiff does not oppose dismissal by March 27, 2020, as required by Civil Local Rule 7-3. (Dkt. No. 67.)

A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, May 29, 2020**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. No later than **five (5) business days** prior to the date of the compliance hearing, plaintiff shall file an opposition to the motion to dismiss or a statement of non-opposition. The Court does not expect the parties to appear on the compliance hearing date, but rather, it is scheduled to remind the Court of plaintiff's deadline to file. If compliance is complete, the compliance hearing will be taken off calendar. **Failure to timely file a response will result in dismissal of this lawsuit for failure to prosecute.** Any reply to plaintiff's response must be filed not more than seven (7) days thereafter.

**IT IS SO ORDERED.**

Dated: May 12, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**